

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable C. Simmons
County Auditor
Henderson County
Athens, Texas

Dear Sir:

Opinion No. 0-6951

Re: Authority of Commissioners'
Court to purchase automobiles
for the use of County Commis-
sioners. H. B. No. 884 passed
by the 49th Legislature pro-
vides for such purchase with
the limitation that said auto-
mobiles are to be used by the
Commissioners in construction
and maintenance of public roads
only.

We acknowledge receipt of your recent opinion request
concerning the above matter. Your letter of November 26,
1945, reads as follows:

"An Act passed by the 49th Legislature, Regu-
lar Session.

"Henderson County-Public Roads and Highways.

"Chapter 375 - H. B. No. 884

"Among other things, 'authorizes the purchase
and maintenance of automobiles for the use of the
County Commissioners.'

"Does this Act give the Commissioners' Court
authority to purchase and maintain automobiles
for the use of the County Commissioners?

"We will appreciate an early reply as we will
soon be called on to approve expenditures for this
purpose."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable C. Simmons,    page 2


Sec. 3, H. B. No. 884, found at page 678, Vol. 5, 1945 Vernon's Texas Session Law Service, 49th Legislature, Regular Session, provides as follows:

"The Commissioners' Court may purchase necessary automobiles and provide for the maintenance thereof, for the use of the Commissioners in the construction and maintenance of public reads. Provided, however, that not more than one automobile may be purchased for any one Commissioners' precinct. The purchase price of said automobiles and the cost of maintenance thereof shall be paid out of the Road and Bridge Fund of said county." (Underscoring ours)

Sec. 9, Art. 8, State Constitution, among other things, provides as follows:

"* * *And the Legislature may pass local laws for the maintenance of the public roads and highways, without the local notice required for special or local laws. This section shall not be construed as a limitation of powers delegated to counties, cities or towns by any other section or sections of this Constitution."

In view of the Act of the 49th Legislature and the constitutional provision, above, it is the opinion of this department that the Commissioners' Court of Henderson County is authorized to purchase and maintain automobiles for the use of the Commissioners in the construction and maintenance of public roads. We are not to be understood as holding that if the Court purchases such automobiles the Commissioners may use the same for purposes other than the construction and maintenance of roads.

We trust that the above and foregoing fully answers your inquiry.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By

Jesse Owens
Assistant

JO:LJ


APPROVED
OPINION
COMMITTEE
BY BLWB
CHAIRMAN